# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CEDILLOS,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUNGBLOOD, *et al.*,<br><br>    Defendants. | Case No.  1:21-cv-00138-BAM (PC)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* (ECF No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY KERN COUNTY JAIL (LERDO PRETRIAL FACILITY) |

Plaintiff Victor Cedillos ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.

On February 3, 2021, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  Plaintiff attached a statement to his application indicating that he asked the Kern County Sheriff's Department facility for a certified copy of his trust account statement but never got one back.  Instead, Plaintiff only received the *in forma pauperis* application signed by a floor officer certifying a current balance of $301.00 in Plaintiff's trust account as of January 28, 2021.  Plaintiff also attached a copy of a request slip inquiring about the status of his trust statement, with a response from staff that states "Administration is no longer proving [sic] account summary reports," dated January 30, 2021.  (Id. at 4.)

Although Plaintiff is required to submit a certified copy of his trust account statement together with his *in forma pauperis* application, 28 U.S.C. § 1915(a)(2), the Court finds that Plaintiff has provided sufficient support for his allegations that jail officials have failed and/or refused to provide Plaintiff with a copy of his inmate trust account statement, despite his requests. In addition, the information available to the Court demonstrates that Plaintiff is unable to afford the costs of this suit.

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account.  Kern County Jail (Lerdo Pretrial Facility) is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 2), is GRANTED;
2. **The Sheriff of Kern County Jail (Lerdo Pretrial Facility) or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**
3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Sheriff of the Kern County Jail (Lerdo Pretrial Facility), via the United States Postal Service; and
4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **February 4, 2021**         /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE