# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CEDILLOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOUNGBLOOD, *et al.*,<br><br>　　　　Defendants. | Case No.  1:21-cv-00138-DAD-BAM (PC)<br><br>ORDER STRIKING UNSIGNED FILING (ECF No. 10)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE BLANK CONSENT/DECLINE FORM ON PLAINTIFF<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Victor Cedillos ("Plaintiff") is a former county jail inmate and current state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is a letter from Plaintiff indicating that he would like to have the Court re-send him the form to consent to or decline the jurisdiction of a United States Magistrate Judge, filed March 25, 2021.  (ECF No. 10.)

　　　　Plaintiff's letter is not signed.  Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  As the filing is unsigned, the Court must strike it from the record.  Plaintiff is cautioned that **all future filings must include a signature**, and any motion or filing that does not contain a signature will also be stricken from the record.

1

Nevertheless, in light of Plaintiff's *pro se* status, the Court finds it appropriate to direct the Clerk of the Court to re-send Plaintiff a blank form to consent to or decline Magistrate Judge jurisdiction.

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's March 25, 2021 letter, (ECF No. 10), is STRICKEN from the record for lack of signature;
2. The Clerk of the Court is directed to send Plaintiff a blank consent/decline form; and
3. Plaintiff shall return the consent/decline form, including his signature, within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 29, 2021**          /s/ Barbara A. McAuliffe              _
                                    UNITED STATES MAGISTRATE JUDGE

2