UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CEDILLOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>　　　　Defendants. | No. 1:21-cv-00138-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 15) |

Plaintiff Victor Cedillos is a former county jail inmate and current state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2021, the assigned magistrate judge screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and determined that it failed to state a cognizable claim for relief. (Doc. No. 13.) Plaintiff was granted leave to file a first amended complaint attempting to cure the deficiencies identified by the magistrate judge within thirty (30) days after service of that screening order. (*Id*. at 9.) Plaintiff was warned that his failure to file a first amended complaint in compliance with the screening order would result in a recommendation that this action be dismissed for failure to obey a court order and failure to state a claim. (*Id*. at 9–10.) To date,

1

plaintiff has not filed an amended complaint or a notice of voluntary dismissal, and the time in which to do so has passed.

Accordingly, on June 21, 2021, the magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to obey a court order, failure to prosecute this action, and failure to state a claim upon which relief may be granted. (Doc. No. 15.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 11.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 21, 2021 (Doc No. 15) are adopted;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 18, 2021**

UNITED STATES DISTRICT JUDGE